# EXHIBIT F

**From:** Robert Klimov <robertk@bellridlgecapital.com>
**Sent:** Friday, April 12, 2019 2:37 PM
**To:** Jeff Clayborne <Jeff@myverb.com>
**Cc:** Joseph Haughton <jh@allianceg.com>; RORY J. CUTAIA <RORY@myverb.com>; Yuriy S <yuriy@bellridlgecapital.com>
**Subject:** Re: WIRE INFO

All,

I just left the bank. Chase tried to pull up information based on the wire amount but has nothing showed up, I was informed the wire is being returned to the sender with no explanation. Please wire the payoff amount to Key Bank "here-in attached" as Chase is having issues receiving this amount. Please provide the Fed# to follow up with the bank once the wire has been resent.

Email me if you have any questions.

Congratulations!

Robert Klimov
Bellridge Capital, LLC.
515 E. Las Olas Boulevard Suite 120A
Fort Lauderdale Florida 33301
www.bellridgecapital.com

Bellridge Capital

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Thu, Apr 11, 2019 at 9:52 PM Jeff Clayborne <Jeff@myverb.com> wrote:

The funds left our bank.

Get Outlook for Android

---

**From:** Robert Klimov <robertk@bellridlgecapital.com>
**Sent:** Thursday, April 11, 2019 8:47:08 PM
**To:** Jeff Clayborne
**Cc:** Joseph Haughton; RORY J. CUTAIA; Yuriy S
**Subject:** Re: WIRE INFO

The wire is yet to hit, Please advice the money left the sending bank and will follow up with Chase in the morning.

On Thu, Apr 11, 2019 at 12:58 PM Jeff Clayborne <Jeff@myverb.com> wrote:

All wires have been sent

Get Outlook for Android

---

**From:** RORY J. CUTAIA
**Sent:** Thursday, April 11, 2019 12:49:31 PM
**To:** Joseph Haughton; Robert Klimov
**Cc:** Jeff Clayborne; Yuriy S
**Subject:** Re: WIRE INFO

Jeff is literally at the bank now in NYC ensuring the wire has been sent. He was unable to do it remotely yesterday. We'll know any minute on status.

R

RORY J. CUTAIA
CEO, Chairman, President | Founder

Rory@myVerb.com | 855.250.2300 ext.7

---

**From:** Joe Haughton <jh@allianceg.com>
**Date:** Thursday, April 11, 2019 at 12:35 PM
**To:** Robert Klimov <robertk@bellridlgecapital.com>
**Cc:** "RORY J. CUTAIA" <RORY@myverb.com>, Jeff Clayborne <Jeff@myverb.com>, Yuriy S <yuriy@bellridlgecapital.com>
**Subject:** RE: WIRE INFO

I can confirm the company is in receipt of the email but I can't confirm status of the wire.

**From:** Robert Klimov <robertk@bellridlgecapital.com>
**Sent:** Thursday, April 11, 2019 12:32 PM
**To:** Joseph Haughton <jh@allianceg.com>
**Cc:** rory@myverb.com; jeff@myverb.com; Yuriy S <yuriy@bellridlgecapital.com>
**Subject:** Re: WIRE INFO

Hello Joe,

Please confirm when the wire has been sent. Kindly reply to confirm Thanks

Robert Klimov

Bellridge Capital, LLC.

515 E. Las Olas Boulevard Suite 120A

Fort Lauderdale Florida 33301

On Thu, Apr 11, 2019 at 7:11 AM Robert Klimov <robertk@bellridlgecapital.com> wrote:

Good Morning Joe, please find attached the Final payoff settlement instructions. The amount to be wired is $2,025,000 USD to our Chase service account. Please include the wire reference and follow up with the confirmation so we can be on the look out.

Also as per our agreement, the company must issue additional 8,606 common shares. Once both of the above items are satisfied we will release both of the Notes and will consider it paid.

Total amount of shares owed to Bellridge Capital, LP. as per our agreements 122,485 common stock. Please issue it in a book entry form and send us a TA statement.

***Please reply confirm receipt of this email.***

Robert Klimov

Bellridge Capital, LLC.

515 E. Las Olas Boulevard Suite 120A

Fort Lauderdale Florida 33301

www.bellridgecapital.com

Bellridge Capital

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Alliance Global Partners archives and reviews outgoing and incoming email.Please click here to read our full email disclosures.

---

**From:** Joseph Haughton <jh@allianceg.com>
**Sent:** Wednesday, April 10, 2019 7:25 PM
**To:** Jeff Clayborne
**Cc:** RORY J. CUTAIA; Yuriy
**Subject:** Fwd: WIRE INFO

Jeff,

Please see the email below from Robert with payoff amount and wire instructions.

Begin forwarded message:

**From:** Robert Klimov
**Date:** April 10, 2019 at 10:22:51 PM EDT
**To:** Joe Haughton <jhaughton@allianceg.com>
**Cc:** Yuriy S
**Subject: WIRE INFO**

Joe, please find the wire instructions below. The amount to be wired is $2,025,000 USD also as per our agreement, the company must issue additional 8,606 common shares. Once both of the above items are satisfied we will release both of the Notes and will consider it paid.

Total amount of shares owed to Bellridge Capital, LP. as per our agreements

122,485 common stock. Please issue it in a book entry form and send us a TA statement.

Robert Klimov

Bellridge Capital, LLC.

515 E. Las Olas Boulevard Suite 120A

Fort Lauderdale Florida 33301

www.bellridgecapital.com

Bellridge Capital

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Alliance Global Partners archives and reviews outgoing and incoming email.Please click here to read our full email disclosures.