# EXHIBIT G

MSF
Meister Seelig & Fein LLP

Eugene Meyers
Direct (646) 755-3176
Fax (646) 357-3623
*em@msf-law.com*

May 15, 2019

**BY EMAIL**

Rory J. Cutaia
President and Chief Executive Officer
Verb Technology Company, Inc.
344 S. Hauser Boulevard, Suite 414
Los Angeles, California 90036
RORY@myverb.com

**Re: Bellridge Capital, LP Promissory Notes – Notice of Conversion**

Dear Mr. Cutaia:

Meister Seelig & Fein LLP has been retained to represent Bellridge Capital LP ("Bellridge") in connection with the enforcement of two promissory notes issued by Verb Technology Company, Inc. (the "Company"). We refer you to the 10% Original Issue Discount Promissory Note due April 19, 2019 and the 5% Original Issue Discount Promissory Note due August 1, 2019 (together, the "Notes"), and the defined terms set forth therein. We write on behalf of Bellridge to notice its election to convert the outstanding balance of the principal amount due under the Notes into shares of Common Stock.

On the Mandatory Prepayment Date, the Company was required make payment to Bellridge an amount equal to $2,025,000, which constituted the then outstanding principal amount of the Notes. The Company defaulted on the payment and failed to cure such default within fifteen calendar days of the Mandatory Prepayment Date. Pursuant to the terms of the Notes, an Event of Default occurred, and the Mandatory Default Amounts under the Notes became due. The combined Mandatory Default Amounts due under the Notes equaled to $2,227,500.

Following the closing of the cure period, Bellridge received payment from the Company in the amount of $2,025,000, which was applied towards the then outstanding balance due under the Mandatory Default Amounts. The current outstanding balance of the principal amount due under the Notes is $202,500 (the "Outstanding Balance").

Bellridge has elected to convert the Outstanding Balance into shares of Common Stock. Enclosed herein, please find the Notice of Conversion (the "Conversion Notice") issued by Bellridge. As provided in the Conversion Notice, the Company shall convert the Outstanding Balance into 144,643 shares (the "Conversion Shares") of Common Stock that shall be duly authorized, validly issued, fully paid and nonassessable. The applicable Conversion Price is $1.40, which constitutes 70% of $2.00540, which is the lowest VWAP on May 13, 2019.

By May 17, 2019, the Company shall cause its transfer agent to deliver certificates representing the Conversion Shares through the Depository Trust Company in accordance with the instructions set forth in the Conversion Notice. If the Company fails to timely deliver the Conversion Shares, the Company shall pay to Bellridge, in cash, as liquidated damages, for each $1,000 of the Outstanding Balance, $10 per Trading Day for the first four Trading Days and $20 per Trading Day thereafter until such Conversion Shares are delivered.

Pursuant to the terms of the Notes, please be advised that the Company is required to maintain a reserve of 289,286 authorized and unissued shares of Common Stock, which constitutes 200% of the Required Minimum of share reserves.

Bellridge reserves the right to rescind the Conversion Notice and demand the immediate payment of the Outstanding Balance in cash. Nothing herein shall limit Bellridge's right to pursue any remedies available to it under the Notes, at law or in equity including, without limitation, a decree of specific performance and an award of damages, attorneys' fees and other costs and expenses.

In the event the Company fails to comply with the terms of the Notes, we will take all necessary steps to enforce Bellridge's rights, including seeking judicial relief. Please direct all future communications regarding this matter to my attention at the email address indicated above.

Very truly yours,

Eugene Meyers

Enclosure

cc: Randolf W. Katz
Baker & Hostetler LLP
600 Anton Blvd., Suite 900
Costa Mesa, California 92626
rwkatz@bakerlaw.com

# NOTICE OF CONVERSION

The undersigned hereby elects to convert principal under the 10% ORIGINAL ISSUE DISCOUNT PROMISSORY NOTE due April 19, 2019 and the 5% ORIGINAL ISSUE DISCOUNT PROMISSORY NOTE due August 1, 2019, of Verb Technology Company, Inc., a Nevada corporation formerly known as nFüsz, Inc. (the "Company"), into shares of common stock (the "Common Stock"), of the Company according to the conditions hereof, as of the date written below. If shares of Common Stock are to be issued in the name of a person other than the undersigned, the undersigned will pay all transfer taxes payable with respect thereto and is delivering herewith such certificates and opinions as reasonably requested by the Company in accordance therewith. No fee will be charged to the holder for any conversion, except for such transfer taxes, if any.

By the delivery of this Notice of Conversion the undersigned represents and warrants to the Company that its ownership of the Common Stock does not exceed the amounts specified under Section 4 of this Note, as determined in accordance with Section 13(d) of the Exchange Act.

The undersigned agrees to comply with the prospectus delivery requirements under the applicable securities laws in connection with any transfer of the aforesaid shares of Common Stock.

Conversion calculations:

Date to Effect Conversion: **May 15, 2019**

Principal Amount of Note to be Converted: **$202,500.00**

Number of Shares of Common Stock to be Issued: **144,643**

Signature: ______________________________
Name: Robert Klimov
Managing Partner, Bellridge Capital LP

DWAC Instructions:

Broker No: **DTC #0512**
Account No: **DAR 20179**