UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERB TECHNOLOGY COMPANY, INC. F/K/A NFÜSZ, INC, <br><br>　　　　　　　　　　　　Plaintiff, <br><br>　v. <br><br>BELLRIDGE CAPITAL, LP, <br><br>　　　　　　　　　　　　Defendant. | Hon. Paul A. Engelmayer <br><br> No. 19 CV 4753 (PAE) <br><br> ECF Case <br><br> **NOTICE OF** <br> **<u>VOLUNTARY DISMISSAL</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Verb Technology Company, Inc. f/k/a nFüsz, Inc., by its counsel, Baker & Hostetler LLP, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, Bellridge Capital, LP.

Dated: New York, New York
　　　　August 20, 2019

　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP

　　　　　　　　　　　　　　　　　By:　*/s/ Michael S. Gordon*
　　　　　　　　　　　　　　　　　　　Michael S. Gordon (MG2181)
　　　　　　　　　　　　　　　　　　　45 Rockefeller
　　　　　　　　　　　　　　　　　　　New York, NY  10111
　　　　　　　　　　　　　　　　　　　Telephone:　212.589.4265
　　　　　　　　　　　　　　　　　　　Facsimile:　212.589.4280
　　　　　　　　　　　　　　　　　　　Email:　　　mgordon@bakerlaw.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　Verb Technology Company, Inc.
　　　　　　　　　　　　　　　　　　　f/k/a nFüsz, Inc.